# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>PEPE ANETIPA,<br><br>        Defendant. | Case No. 3:14-cr-00108-SLG |

## ORDER RE DEFENDANT'S ORAL MOTION FOR ORDER FOR TRANSPORTATION AND TRAVEL EXPENSES

Upon consideration of Defendant's oral motion for order for Defendant's transportation and travel expenses, the court GRANTS the motion.

IT IS ORDERED that the United States Marshals Service is directed to provide Ms. Anetipa non-custodial transportation, and per diem as necessary, from Anchorage, Alaska to Kent, Washington following her imposition of sentence hearing in this matter, pursuant to 18 U.S.C. § 4285.

DATED this 16th day of November, 2015 at Anchorage, Alaska.

                                                         */s/ Sharon L. Gleason*
                                            UNITED STATES DISTRICT JUDGE